UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT GILLESPIE<br>AND DOES 1-100,<br>　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>AND DOES 1-100,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 03-cv-30196-KPN<br><br><br><br>NOTICE OF APPEARANCE |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, James J. Dillon, Paula M. McManus and Foley Hoag, LLP notice their appearance on behalf of defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

FOLEY HOAG LLP

By_____
James J. Dillon, BBO # 124660
Paula M. McManus, BBO #648029

155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000
Fax: (617) 832-7000

**ATTORNEYS FOR DEFENDANT**
ELI LILLY AND COMPANY

August 13, 2003

104489v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of August, 2003, a true and correct copy of this Notice of Appearance was mailed via first class U.S. Mail, postage prepaid thereon, to the following *pro se* plaintiff:

Vincent Gillespie
P.O. Box 741
Northampton, MA 01027

_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

- 2 -

104489v1