UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT GILLESPIE AND DOES 1-100, | ) ) ) | |
| Plaintiffs, | ) | 3:03-cv-30196-MAP |
| v. | ) ) ) | |
| ELI LILLY AND COMPANY AND DOES 1-100, | ) ) ) | FILING FEE PAID: RECEIPT # 305338 AMOUNT $ 150.00 |
| Defendants. | ) ) | BY DPTY CLK MBh DATE 9/5/03 |

FILED CLERK'S OFFICE

U.S. DISTRICT COURT DISTRICT OF MASS

## ASSENTED MOTION FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, defendant Eli Lilly and Company ("Lilly") hereby moves that Andrew See, Michelle R. Mangrum and Eric M. Anielak be granted leave to appear and practice in this Court in the above-captioned matter. As grounds for this motion, moving counsel states the following:

1. Moving counsel serves as local counsel of record for Lilly in this matter.

2. Andrew See, Esq., is a member in good standing of the Bar of the State of Missouri. Mr. See is a partner in the firm of Shook, Hardy & Bacon LLP, which serves as outside counsel for Lilly in this matter. The certificate required pursuant to Local Rule 83.5.3 is attached hereto.

3. Michelle R. Mangrum, Esq., is a member in good standing of the Bars of the State of Missouri and the District of Columbia. Ms. Mangrum is a partner in the firm of Shook, Hardy & Bacon LLP, which serves as outside counsel for Lilly in this matter. The certificate required pursuant to Local Rule 83.5.3 is attached hereto.

4. Eric M. Anielak, Esq., is a member in good standing of the Bar of the State of Missouri. Mr. Anielak is an associate in the firm of Shook, Hardy & Bacon LLP, which serves as outside counsel for Lilly in this matter. The required certificate pursuant to Local Rule 83.5.3. is attached hereto.

5. Plaintiff Vincent Gillespie assents to the granting of this motion.

WHEREFORE, Moving Counsel requests that Andrew See, Michelle R. Mangrum and Eric M. Anielak be granted leave to appear and practice on behalf of Lilly in the above litigation.

Respectfully submitted,

ELI LILLY AND COMPANY

*/s/ James J. Dillon*

James J. Dillon (BBO # 124660)
Paula M. McManus (BBO#648029)
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02111-2600
(617) 832-1000

OF COUNSEL:

Andrew See
Eric M. Anielak
Shook, Hardy & Bacon LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64104-2118
(816) 474-6550

Michelle R. Mangrum
Shook, Hardy & Bacon LLP
600 14th Street, NW
Washington, DC 20005-2004
(202) 783-8400

Dated: September 3, 2003

## L.R. 7.1 CERTIFICATE

I hereby certify that counsel for Eli Lilly and Company has conferred with Plaintiff about the within motion and attempted in good faith to resolve or narrow the issue. As a result of this conference, Plaintiff has assented to the granting of this motion.

ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2003, a true and correct copy of this Assented Motion for Leave to Appear and Practice *Pro Hac Vice* was mailed via first class U.S. Mail, postage prepaid thereon, to the following *pro se* plaintiff:

Vincent Gillespie
P.O. Box 741
Northampton, MA 01027

ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

17/500746.1

Case 1:03-cv-30196-MLW     Document 7     Filed 09/05/2003     Page 4 of 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| VINCENT GILLESPIE<br>AND DOES 1-100,<br>　　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>AND DOES 1-100,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) 3:03-cv-30196-KPN<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF MICHELLE R. MANGRUM
PURSUANT TO LOCAL RULE 83.5.3**

I, Michelle R. Mangrum, hereby certify that I am a member of the Bars of the State of Missouri and the District of Columbia. I have also been admitted to practice before the United States District Court for the Eastern District of Michigan and the United States Court of Appeals for the Sixth Circuit and Tenth Circuits. I am associated with the law firm of Shook, Hardy & Bacon LLP, 600 14th Street, NW, Washington, DC, 20005, which serves as outside counsel for defendant Eli Lilly and Company in this matter. I further certify that:

(1)　I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2)　there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 14, 2003

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michelle R. Mangrum, Esq.

104493v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| VINCENT GILLESPIE<br>AND DOES 1-100,<br>          Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>AND DOES 1-100,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  3:03-cv-30196-KPN<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF ERIC M. ANIELAK
## PURSUANT TO LOCAL RULE 83.5.3

I, Eric M. Anielak, hereby certify that I am a member of the Bar of the State of Missouri. I am also admitted to practice before the United States District Court for the Western District of Missouri. I am associated with the law firm of Shook, Hardy & Bacon LLP, One Kansas City Place, 1200 Main Street, Kansas City, Missouri 64104, which serves as outside counsel for defendant Eli Lilly and Company in this matter. I further certify that:

(1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 18, 2003

_____
Eric M. Anielak, Esq.

104500v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| VINCENT GILLESPIE<br>AND DOES 1-100,<br>　　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>AND DOES 1-100,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) 3:03-cv-30196-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF ANDREW SEE
### PURSUANT TO LOCAL RULE 83.5.3

I, Andrew See, hereby certify that I am a member of the Bar of the State of Missouri. I am also admitted to practice before the United States Supreme Court, United States Court of Appeals for the Sixth, Eighth, Ninth, Tenth and Eleventh Circuits, United States District Courts for the Western District of Missouri, Northern District of Ohio and the Western District of Michigan. I am associated with the law firm of Shook, Hardy & Bacon LLP, One Kansas City Place, 1200 Main Street, Kansas City, Missouri 64104, which serves as outside counsel for defendant Eli Lilly and Company in this matter. I further certify that:

(1)　　I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2)　　There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 18, 2003

　　　　　　　　　　　　　　　　　　　　　　／s／ Andrew See
　　　　　　　　　　　　　　　　　　　　　　Andrew See, Esq.

104504v1