UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| VINCENT GILLESPIE<br>AND DOES 1-100,<br><br>                Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>AND DOES 1-100,<br>                Defendants. | )<br>)<br>)<br>)   3:03-cv-30196-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT ELI LILLY AND COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Eli Lilly and Company provides the following Corporate Disclosure Statement. Lilly states that it has no parent corporation and that no publicly held company owns 10% or more of Lilly's stock.

Respectfully submitted,

ELI LILLY AND COMPANY

James J. Dillon (BBO # 124660)
Paula M. McManus (BBO# 648029)
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02111-2600
(617) 832-1000

OF COUNSEL:

Andrew See
Eric M. Anielak
Shook, Hardy & Bacon LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64104-2118
(816) 474-6550

Michelle R. Mangrum
Shook, Hardy & Bacon LLP
600 14th Street, NW
Washington, DC 20005-2004
(202) 783-8400

Dated: September 16, 2003

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2003, a true and correct copy of Defendant Eli Lilly and Company's Corporate Disclosure Statement was mailed via first class U.S. Mail, postage prepaid thereon, to the following *pro se* plaintiff:

Vincent Gillespie
P.O. Box 741
Northampton, MA 01061

                                            ATTORNEY FOR DEFENDANT
                                            ELI LILLY AND COMPANY

17/501912.1