UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


VINCENT GILLESPIE

      V.                            CA NO:   03-30196-MAP

ELI LILLY AND COMPANY


## ORDER

November 14, 2003

NEIMAN, USMJ

    Pending before this Court is Defendant's Motion for Judgment on the Pleadings and Motion to Dismiss Plaintiff's complaint.  As of this date, no opposition has been filed to this motion.  Therefore, plaintiff shall have until December 8, 2003 to oppose this motion in writing.

The scheduling conference presently set for November 18, 2003 is hereby vacated and all parties shall be notified in writing of any new conference dates.

    It is so ordered.


                                            /s/Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. MAGISTRATE JUDGE