# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

FILED
CLERK'S OFFICE

| | |
|---|---|
| VINCENT GILLESPIE, ) | |
| AND DOES 1-100 ) | |
| ) | |
| vs. ) | CASE NO. 3:03-cv-30196-MAP |
| ) | |
| ELI LILLY AND COMPANY ) | |

U.S. DISTRICT COURT

---

## MOTION FOR CONTINUANCE

Plaintiff Vincent Gillespie ("Vincent") hereby moves the court for an extension of time regarding the date by which he is to submit his reply to the Defendant's Motion for Judgment on the Pleadings and Motion to Dismiss. The current due date is December 8th, 2003.

The reason for the request is that he has not been able to spend adequate time in preparing his response due to issues which arose recently in the probate court. There is a petition to remove the executrix of Gregory Gillespie's ("Greg") estate in the probate court and part of the reason for this petition is that the executrix is selling off the paintings in the estate in a manner inconsistent with the terms of the will and inconsistent with Greg's stated wishes. (Greg was an artist, a painter.) A show of Greg's work just recently commenced at the Nielsen Gallery in Boston on December 6th, 2003 (see attached page from the Nielsen Gallery's website). On account of the danger of the executrix selling off paintings in violation of the terms of the will at this show Vincent was compelled to spend time preparing material pertaining to the petition to remove the executrix and a summary judgment motion in that case, which was finally submitted to the probate court on 11/26/03 (that court has not yet ruled on these motions), and to addressing material misrepresentations contained in the executrix's pleadings submitted to the probate court on 11/26/03. (Vincent was urging his attorney to submit an additional pleading pointing out these misrepresentations to the probate court.) Even though Vincent has an attorney in the probate court he has an active role in assisting the attorney by providing him with pertinent evidence and information. On account of all of this Vincent was unable to spend adequate time in preparing his response to Eli Lilly and Company's Motions in the US District Court.

Vincent spoke with Michelle Mangrum, attorney for Eli Lilly and Company, on 12/5/03 by phone and indicated that he wanted a three week continuance. She indicated that she would assent to a two week continuance but did not want a continuance longer than that.

WHEREFORE Vincent requests that the court grant a continuance of at least two weeks, but preferably three weeks, for him to submit his response to Eli Lily And Company's Motions.

Respectfully submitted,

December 8th, 2003

**VINCENT GILLESPIE**
**Pro Se**
P. O. Box 741
Northampton, MA  01061
Tel No.: (413) 695-3637

# NIELSEN
### G A L L E R Y

# Exhibitions

Home
**Exhibitions**
Available
Inventory
Collector's
Corner
Newsletter
Info
Map/Directions
Contact Us

## Current Exhibition

| | |
|---|---|
| December 6, 2003-<br>January 17, 2004 | Gregory Gillespie: Demons and Paradise<br>Director's Choice:<br>Stuart H. Williams, Self-Taught Artist |

## Upcoming Exhibitions

| | |
|---|---|
| January 24 -<br>February 28, 2004 | The Self-Reliant Spirit, Works by: Gregory<br>Amenoff, Jake Berthot, Ralph Albert Blakelock,<br>Marsden Hartley and Albert York<br>Selected Works on Paper by Bill Jensen from the<br>Collection of David and Sue Workman |

## Archives

| | |
|---|---|
| October 25 -<br>November 29,<br>2003 | Artists Without Borders: Work by Mary Frank, Leon<br>Golub, Mildred Howard,<br>Sam Messer, Joan Snyder, Duane Slick, Nancy<br>Spero, Tanya Steinberg, John Walker and others |
| November 1, 2003 | Gallery Talk: Duane Slick at 3 p.m. |
| September 13-<br>October 18, 2003 | A Parable in Mark and Ritual:<br>Work by Porfirio DiDonna |
| June 14-August 2,<br>2003 | Summer Surprises at Nielsen |
| May 10 - June 7,<br>2003 | Gallery I: Jane Smaldone: Portraits and Still Lifes<br>Gallery II: Jon Imber: Irish Interlude |
| March 29 - May 3,<br>2003 | Christopher Wilmarth<br>Gift of the Bridge:Related Drawings and Sculpture<br><br>Coinciding with the exhibition:<br>"Dream with Me: Drawings by Christopher<br>Wilmarth,"<br>at the Fogg Art Museum, Harvard University<br>April 5 - June 29, 2003 |
| February 22 -<br>March 22, 2003 | Gallery I: John Lees: Wisps<br>Gallery II: March Winds, April Flowers |
| January 11-<br>February 15, 2003 | Gallery I: Mildred Howard, Do We Have the Right<br>to Remain Silent<br>Gallery II: Duane Slick, Birth of Coyote |
| December 7, 2002 | Mel Pekarsky, Coming to the Desert<br>Sam Messer, The Story of My Typewriter |

| January 4, 2003 | Works in celebration of the recently released book of the same title written by Paul Auster and illustrated by Messer |
| October 26-November 30, 2002 | Dexter Lazenby: Recent Sculpture Jake Berthot: The Dark Paintings |
| September 14 - October 19, 2002 | Harvey Quaytman (1937-2002) A Tribute to the Man and His Work, Four Decades |
| June 8-August 3, 2002 | In the Spirit of Landscape VII |
| April 27-June 1, 2002 | Joan Snyder: The Nature of Things |
| March 16 - April 20, 2002 | Portraits, More than Skin and Bones, An Invitational Exhibition, including Duane Slick: Instructions of the Care and Use of White Space |
| February 9-March 23, 2002 | Director's Choice: Albert York, Fifteen Paintings |
| February 9-March 9, 2002 | Gallery I: Maureen Gallace, Recent Paintings |
| January 5-February 2, 2002 | Gallery I: Gregory Amenoff, Recent Paintings Director's Choice: Porfirio DiDonna, Drawings from 1975 |

2001 Exhibitions

2000 Exhibitions

1999 Exhibitions

1998 Exhibitions

## CERTIFICATE OF SERVICE

I hereby certify that on this eight day of December, 2003, a true and correct copy of plaintiff Vincent Gillespie's Motion for Continuance was mailed via first class mail, postage prepaid thereon, to Michelle Mangrum, attorney for the defendant at the following address:

Michelle Mangrum,
Shook, Hardy & Bacon, L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004

**VINCENT GILLESPIE**
Plaintiff, appearing in pro per