IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT GILLESPIE,<br>and DOES 1-100, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 3:03-cv-30196-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT ELI LILLY AND COMPANY'S
### NOTICE OF ADDRESS CHANGE

COMES NOW Defendant Eli Lilly and Company, and hereby notifies the Court and Counsel that effective December 22, 2003, the Kansas City office of the law firm of Shook, Hardy & Bacon L.L.P., has a new address: 2555 Grand Boulevard., Kansas City, Missouri, 64108-2613. The telephone number, (816) 474-6550, and the facsimile number (816) 421-5547, remain the same.

Dated this ___7th___ day of January, 2004.

Respectfully submitted,

By: _____
/Andrew See
Michelle R. Mangrum

1355244v1

Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550
Fax (816) 421-5547

And

Michelle R. Mangrum
Shook, Hardy & Bacon LLP
600 14th Street, NW
Washington, DC 20005-2004
(202) 783-8400
Fax (202) 783-4211

And

James J. Dillon, P.C. (BBO # 124660)
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02111-2600
(617) 832-1000

Attorneys for Defendant Eli Lilly and Company

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___8th___ day of January, 2004 served a true and correct copy of Defendant Eli Lilly and Company's Notice of Address Change by mailing same by United States Postal Service first class with postage fully prepaid thereon to the plaintiff:

Vincent Gillespie
P.O. Box 741
Northampton, MA 01061

APPEARING *PRO SE*

SO CERTIFIED, this the ___8th___ day of January, 2004.

                                                                                      _____
                                                                                      Attorney for Defendant
                                                                                      Eli Lilly and Company