03 CV 30196-MAP

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of March, 2004 a true and correct copy of plaintiff Vincent Gillespie's SUMMONS and COMPLAINT (US District Court, District of Massachusetts, Western Division, Case # 3:03-cv-c0196-MAP) was mailed via first class mail, postage prepaid thereon, to Eli Lilly and Company at the following address:
See signed return reciept card, attached.

Legal Department
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, Indiana  46285

*Vincent Gillespie*
**VINCENT GILLESPIE**
Plaintiff, appearing in pro per

US District Court/District of Mass/Western Division

Vincent Gillespie, et al

vs.

Eli Lilly and Company, et al

case no. 3:03-cv-30196-MAP

Proof of service of Summons and Complaint

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Jeremiah Moles | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>Jeremiah Moles | C. Date of Delivery<br>3/18/04 |
| 1. Article Addressed to:<br><br>Legal Department<br>Eli Lilly and Company<br>Lilly Corporate Center<br>Indianapolis, Indiana<br>46285 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7003 2260 0002 6936 9931 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

US District Court/District of Mass/Western Division

Vincent Gillespie, et al

vs.

Eli Lilly and Company, et al

Case no. 3:03-cv-30196-NAP

Proof of service of Summons and Complaint

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Vincent Gillespie
P.O. Box 741
Northampton, MA 01061

0106140741