UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| VINCENT GILLESPIE, <br> AND DOES 1-100, <br>     Plaintiff <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br>     Defendant. | CASE NO. 3:03-cv-30196-MAP |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Vincent Gillespie hereby moves for a dismissal without prejudice of the above entitled legal action.

Date: 6/28/04

VINCENT GILLESPIE

Plaintiff in Pro Per
P. O. Box 741
Northampton, MA 01061
413-527-5728 (this is a new phone number)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2004, a true and correct copy of plaintiff Vincent Gillespie's **MOTION FOR DISMISSAL WITHOUT PREJUDICE** was mailed via first class mail, postage prepaid thereon, to John Kuckelman, attorney for the defendant at the following address:

John Kuckelman,
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

*/s/ Vincent Gillespie*
**VINCENT GILLESPIE**
Plaintiff, appearing in pro per